UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUL -1 PM 3: 22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **JULIAN BRIONES, III, Individually** | * | |
| **and on behalf of his minor son,** | * | CASE NO. 01-1792 |
| **CALIXTO BRIONES,** | * | |
| | * | |
| Plaintiffs, | * | SECTION A-1 |
| | * | |
| v. | * | |
| | * | JUDGE:   JAY ZAINEY |
| | * | |
| **GENUINE PARTS COMPANY,** | * | |
| **d/b/a NAPA AUTO PARTS,** | * | |
| | * | MAGISTRATE:   SALLY SHUSHAN |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT GENUINE PARTS COMPANY'S
### MOTION FOR SUMMARY JUDGEMENT

COMES NOW Defendant Genuine Parts Company d/b/a/ NAPA Auto Parts, pursuant to Rule 56, Federal Rules of Civil Procedure, and Rules 7.4 and 56.1 of the Local Rules of Court for the United States District Court, Eastern District of Louisiana, and files this its Motion for Summary Judgment. In support of this Motion, Defendant relies upon the following documents filed contemporaneously herewith:

1. Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment (Attachment A);

2. Defendant's Statement of Material Facts in Support of Its Motion for Summary Judgment (Attachment B);

3. Excerpts of Deposition of Plaintiff Julian Briones III and exhibits thereto (Attachment C);

4. Excerpts of Deposition of Peggy Rubio and exhibits thereto (Attachment D);

5. Excerpts of Deposition of Peggy Rubio 30(b)(6) deposition and exhibits thereto (Attachment E);



1

6. Declaration of Peggy Rubio (Attachment F);

7. Declaration of Eddie LaPorte (Attachment G);

8. Declaration of Robert Dennis (Attachment H);

9. Declaration of David Bindom (Attachment I);

10. All Case Authority having a Westlaw citation (Attachment J); and

11. Proposed Order (Attachment K).

WHEREFORE, for the reasons set forth in Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment, Defendant is entitled to judgment as a matter of law as to all of Plaintiff's claims in this matter.

Respectfully submitted this __1__ day of July, 2002.

**MARTENSON, HASBROUCK & SIMON LLP**

By: _____
Marty N. Martenson
Georgia Bar No. 471100
Patricia E. Simon
Georgia Bar No. 618233
Suite 1500
100 Galleria Parkway, NW
Atlanta, GA 30339
(770) 818-4300

By: _____
**McCALLA PYBURN, LLP**
Edward F. Harold
Poydras Center, Suite 2800
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 524-2499

**ATTORNEYS FOR DEFENDANT**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIAN BRIONES, III, Individually and on behalf of his minor son, CALIXTO BRIONES, | * * * * | CASE NO. 01-1792 |
| Plaintiffs, | * * | SECTION B-1 |
| v. | * * | JUDGE: IVAN LEMELLE |
| GENUINE PARTS COMPANY, d/b/a NAPA AUTO PARTS, | * * * * | MAGISTRATE: SALLY SHUSHAN |
| Defendant. | * | |

**********************************

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document entitled **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, has this day been sent by facsimile and placed in the United States mail, sufficient first class postage prepaid and affixed thereto and addressed as follows:

> Jeffrey T. Reeder
> 3723 Canal Street
> New Orleans, Louisiana 70119

This _1_ day of July, 2002.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIAN BRIONES, III, Individually** | * | |
| **and on behalf of his minor son,** | * | **CASE NO. 01-1792** |
| **CALIXTO BRIONES,** | * | |
| | * | |
| Plaintiffs, | * | **SECTION A-1** |
| | * | |
| v. | * | |
| | * | **JUDGE:    JAY C. ZAINEY** |
| | * | |
| **GENUINE PARTS COMPANY,** | * | |
| **d/b/a NAPA AUTO PARTS,** | * | |
| | * | **MAGISTRATE:    SALLY SHUSHAN** |
| Defendant. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF HEARING

Please take notice that Defendant Genuine Parts Company will bring on for hearing its Motion for Summary Judgment on July ~~17~~ 31, 2002 at 9:00 a.m. before the Honorable Jay C. Zainey at Room C502, 500 Camp Street, New Orleans, Louisiana 70130 or as soon thereafter as counsel may be heard.

Respectfully submitted this ___1___ day of July 2002.

_____
Edward F. Harold
La. Bar Roll No. 21672
McCalla Pyburn, LLP
Poydras Center, Suite 2800
650 Poydras Street
New Orleans, LA  70130
(504) 524-2499 Telephone
(504) 523-8679 Facsimile

Marty N. Martenson
  Georgia Bar No. 471100
Patricia E. Simon
  Georgia Bar No. 618233
Martenson, Hasbrouck & Simon LLP
Suite 1500
100 Galleria Parkway, NW
Atlanta, GA  30339

**COUNSEL FOR DEFENDANT GENUINE PARTS COMPANY d/b/a NAPA AUTO PARTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Hearing has been served upon the below-named Counsel for Plaintiff by placing same in the United States mail, postage prepaid, addressed as follows:

> Jeffrey T. Reeder
> 3723 Canal Street
> New Orleans, Louisiana 70119
>
> R. Glenn Cater
> Jennifer N. Willis
> Cater & Willis
> 3723 Canal Street
> New Orleans, Louisiana 70119

this __1__ day of July 2002.

_____
EDWARD F. HAROLD

V:\3080\6339\Defendants Pleadings\msj-noh.doc

**SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED**